# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TONY L. MUTSCHLER, | Civil No. 3:15-cv-2015 |
| Plaintiff | (Judge Mariani) |
| v. | |
| CAPT. S.M. DOWNS, | |
| Defendant | |

## ORDER

**AND NOW**, this 29th day of March, 2017, for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion to Stay Discovery (Doc. 49) is **GRANTED**. All discovery in this case is stayed pending the resolution of Defendant's Motion for Summary Judgment.

2. Plaintiff's Motion for Extension of Time to Oppose Defendant's Motion for Summary Judgment (Doc. 51) is **GRANTED**. Plaintiff shall file his opposing brief, statement of material facts and evidentiary materials in accordance with M.D. Pa. Local Rule 56.1 on or before April 17, 2017.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge