# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TONY MUTSCHLER, | Civil No. 3:15-cv-2015 |
| Plaintiff | (Judge Mariani) |
| v. | |
| SEAN DOWNS, | |
| Defendant | |

## ORDER

**AND NOW**, this 6th day of August, 2018, upon consideration of Defendant's motion (Doc. 71) for summary judgment, and in accordance with the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 71) for summary judgment is **GRANTED**.

2. The Clerk of Court is directed to **ENTER** judgment in favor of Defendant Sean Downs and against Plaintiff.

3. The Clerk of Court is further directed to **CLOSE** this case.

4. Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge